IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID AGUAYO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-1008-DRH-DGW |
| | ) | |
| MARC HODGE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are three motions filed by Petitioner, David Aguayo: The Motion for Leave to File a Late Exhibit filed on January 28, 2013 (Doc. 21), the Motion to Leave to File a Late Exhibit filed on April 4, 2013 (Doc. 28), and the Motion for Status of Case filed by Petitioner on June 20, 2013 (Doc. 30).   The Motions are **GRANTED**.

The Court will consider the Letter of the Clerk of the Supreme Court of Illinois dated December 28, 2012 and the March 27, 2013 Order from the Supreme Court of Illinois.   The Clerk is **DIRECTED** to file the documents, as exhibits to the Petition (Doc. 1).   The Petitioner is further informed that his Petition for a Writ of Habeas Corpus is under consideration and that a Report and Recommendation will issue shortly.

**IT IS SO ORDERED.**

**DATED: July 3, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**