IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID AGUAYO,

    Petitioner,

-vs-

MARC HODGE, *warden*,

    Respondent.        No. 12-cv-1008-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order signed by this Court on July 16, 2013, the habeas petition pursuant to 28 U.S.C. §2254 is **DENIED** and this cause of action is **DISMISSED with prejudice**.

            NANCY J. ROSENSTENGEL,
            CLERK OF COURT

            BY:   s/*Sara Jennings*
                    Deputy Clerk

**Dated:** July 16, 2013

Digitally signed by
David R. Herndon
Date: 2013.07.16
17:23:26 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT